IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID MICHAEL BRADLEY,               )
        Petitioner,                )
                                   )
        vs.                        )        Civil Action No. 12-1218
                                   )
SUPERINTENDENT DEBRA SAUERS,         )
et al.,                              )
        Respondents.               )

O R D E R

AND NOW, this 29th day of January, 2013, after the petitioner, David Michael

Bradley, filed a petition for a writ of habeas corpus (ECF No. 7), and after the respondents filed a

motion to dismiss the petition (ECF No. 11), and after a Report and Recommendation was filed

by the United States Magistrate Judge (ECF No. 16) granting the parties a period of time after

being served with a copy to file written objections thereto, and upon consideration of the

objections filed by the petitioner (ECF No. 17), and upon independent review of the petition, the

motion and the record, and upon consideration of the Magistrate Judge's Report and

Recommendation (ECF No. 16), which is adopted as the opinion of this Court,

IT IS ORDERED that the motion to dismiss the petition submitted on behalf of

the respondents (ECF No. 11) is granted and the petition for writ of habeas corpus filed by

petitioner is dismissed.

IT IS FURTHER ORDERED that, because reasonable jurists could not conclude

that a basis for appeal exists, a certificate of appealability is denied.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the petitioner desires to appeal from this Order, he must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.


<u>s/Terrence F. McVerry</u>
United States District Judge


cc:     David Michael Bradley
        GS-4862
        SCI Forest
        PO Box 945
        Marienville, PA 16239