# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MICHAEL BRADLEY,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    Case No. 2:12-cv-1218 |
| SUPERINTENDENT DEBRA SAUERS,<br>et al.,<br>    Defendants. | )<br>)<br>)<br>) |

## ORDER OF COURT

AND NOW, this 26th day of July, 2016, after Plaintiff filed a Motion for Relief Pursuant to Rule 60(b)(6) (ECF No. 26) in the above-captioned case, and after response to said motion was submitted by the defendants (ECF No. 31), and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 33), which is adopted as the opinion of this Court, it is hereby **ORDERED, ADJUDGED, and DECREED** that the Motion for Relief Pursuant to Rule 60(b)(6) filed by the petitioner (ECF No. 26) is **DISMISSED**.

**IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

s/Terrence F. McVerry
Senior United States District Judge

cc: Ronald M. Wabby, Jr., Esq.

David Michael Bradley
GS-4862
SCI Forest
PO Box 945
Marienville, PA 16239